UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. |
| FISH RITE, INC., and JAMMIE G. DORSEY, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW the undersigned and in compliance with the Court's corporate disclosure requirement, states that to the best of its knowledge: (a) Plaintiff Textron Financial Corporation's parent company is Textron Inc., and (b) Textron Inc. is a publicly traded company that owns 100% of Textron Financial Corporation.

Dated: July 12, 2010  Respectfully submitted,

/s/ Jeffrey W. Jones
Paul L. Ratelle (#127632)
Jeffrey W. Jones (#311418)
Fabyanske, Westra, Hart & Thomson, P.A.
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Phone: (612) 359-7600
Fax: (612) 359-7602

OF COUNSEL:
William R. Bay
Jill M. Johnson
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
Phone: (314) 552-6000
Fax: (314) 552-7000
*Attorneys for Plaintiff Textron Financial Corporation*