AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION <br><br> *Plaintiff* <br><br> v. <br><br> FISH RITE, INC. and JAMMIE G. DORSEY <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 10cv 2988 <br> )            RHK/JJG <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  
FISH RITE, INC.  
Serve: Jammie G. Dorsey  
1419 Justice Road  
Central Point, Oregon 97502  

JAMMIE G. DORSEY  
97 Andesite  
Jacksonville, Oregon 97530

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Paul L. Ratelle  
      Fabyanske Westra Hart & Thomson, P.A.  
      800 LaSalle Avenue, Suite 1900  
      Minneapolis, MN 55402

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    RICHARD D. SLETTEN

Date: JUL 12 2010

*Signature of Clerk or Deputy Clerk*

Serial # FABWEH 71717 3066

Re: 60515-110

**STATE OF OREGON**

**COUNTY OF MULTNOMAH**

**AFFIDAVIT OF SERVICE**

_____June Perez_____, being duly sworn, on oath says that on
(Name of Server)

__07__/__22__/2010 at __1__:__55__ p M
(Date of Service)      (Time of Service)

s(he) served the attached: Summons; Complaint; Civil Case Cover Sheet; Corporate Disclosure Statement

upon: Fish Rite, Inc.

therein named, personally at:   1419 Justice Road

Central Point, OR

by handling to and leaving with:

[X] the Registered Agent of Fish Rite, Inc.
[ ] an Officer of Fish Rite, Inc.
[ ] a Managing Agent, someone within Fish Rite, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

_____Jammie G. Dorsey_____     ___Registered Agent___
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

_July_ / _26_ /2010.

_Mary White_
(Signature of Notary)

_June Perez_ (Signature of Server)

June Perez



OFFICIAL SEAL
MARY E WHITE
NOTARY PUBLIC-OREGON
COMMISSION NO. 440927
MY COMMISSION EXPIRES JUL 9, 2013

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215