UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>FISH RITE, INC.   )<br>and   )<br>JAMMIE G. DORSEY   )<br>)<br>Defendants.   ) | No. 0:10-cv-02988-RHK-JJG |

## REQUEST FOR ENTRY OF DEFAULT

TO:   Clerk, United States District Court
       District of Minnesota

Plaintiff Textron Financial Corporation ("Plaintiff"), by and through its attorneys, hereby requests Entry of Default against Defendants Fish Rite, Inc. and Jammie G. Dorsey, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for Defendants' failure to plead or otherwise defend against the Complaint filed against them by Plaintiff.

Dated: August 20, 2010                  Respectfully submitted,

/s/ Hannah Stein
Paul L. Ratelle (#127632)
Jeffrey W. Jones (#311418)
Hannah R. Stein (#345908)
Fabyanske Westra Hart & Thomson, P.A.
800 LaSalle Ave, Suite 1900
Minneapolis, MN 55402
Phone:  (612) 359-7600
Fax:  (612) 359-7602

William R. Bay (admitted *pro hac*)
Jill M. Johnson (admitted *pro hac*)
One US Bank Plaza
St. Louis, Missouri 63101
Phone: (314) 552-6000
Fax: (314) 552-7000

*Attorneys for Plaintiff Textron Financial Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via first class U.S. mail, postage prepaid, to the following on the 20th of August, 2010.

Keith Y. Boyd
Muhlheim Boyd
88 East Broadway
Eugene, OR 97401-3135

                                                   /s/ Hannah Stein