## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

| | |
|---|---|
| Textron Financial Corporation | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   10-2988 RHK/JJG |
| v. | |
| Fish Rite, Inc. and Jammie G. Dorsey | |
| Defendant(s) | |

It appearing that defendant(s) Fish Rite, Inc. and Jammie G. Dorsey  in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against

**Fish Rite, Inc. and Jammie G. Dorsey**

this 30th day of September, 2010.

RICHARD D. SLETTEN, CLERK

s/LP Holden

(By)   LP Holden              Deputy Clerk

Form Modified 06/28/04