**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Textron Financial Corporation,            Civil No. 10-2988 (RHK/JJG)

          Plaintiff,                      **ORDER**

v.

Fish Rite, Inc., Jammie G. Dorsey,

          Defendants.

---

       The Court, having considered Plaintiff's Motion for Attorneys' Fees and Costs Against Defendant Jammie G. Dorsey (Doc. No. 15), and for good cause shown, hereby **GRANTS** Plaintiff's Motion.  Plaintiff is entitled to its attorneys' fees and costs in the amount of $9,224.17 against Defendant Jammie G. Dorsey.

       **LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  January 6, 2011

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge